## MOTION PENDING IN SUPERIOR COURT

Plaintiffs have filed a Motion for Preliminary Injunction seeking to have the Court order the defendants to provide plaintiff Amanda Emerick with tutoring. It is defendants' position that this motion does not require the Court's immediate attention. Defendants have not yet filed their opposition. Moreover, defendants intend to file a Motion to Dismiss and/or for Summary Judgment.